IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEXTER HOLMES,

    Plaintiff,

v.

                      No. 1:17-cv-01146-KG/SCY

CIRCLE K STORES, INC.,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Plaintiff's unopposed Motion for an Extension of Time within which to respond to Defendant Circle K Stores, Inc.'s Motion for Summary Judgment Dismissal of All Claims (Doc. 41). The Court, having reviewed the Motion and being advised in the premises therein, finds that the Motion is well-taken and will be granted.

**IT IS THEREFORE ORDERED** that the time for Plaintiff's Response to Defendant Circle K Stores, Inc.'s Motion for Summary Judgment Dismissal of All Claims is extended to December 7, 2018.

_____
UNITED STATES DISTRICT JUDGE